IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 31 2008
MATTHEW J. DYKMAN
CLERK

RICK DEAN BRYANT,

    Plaintiff,

vs.                              Civil No. 07-574 MCA/ACT

CITY OF ROSWELL in the Chavez
County of New Mexico,

    Defendant.

## ORDER and JUDGMENT

**THIS MATTER** having come before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge, and no objections to the proposed findings and recommended disposition having been filed,

**IT IS THEREFORE ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's claims asserted in his Complaint filed June 14, 2007, and supplements to his Complaint filed July 16, 2007 [Doc. 8], July 18, 2007 [Doc. 9], and July 23 2007 [Doc. 10], be dismissed with prejudice.

_____  1-31-08
M. CHRISTINA ARMIJO
UNITED STATES DISTRICT JUDGE